NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN L. SCHEIDEL,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5128

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-319, Judge Lawrence J. Block.

---

**ON MOTION**

---

**O R D E R**

Stephen Scheidel moves for an extension of time, until October 19, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

STEPHEN SCHEIDEL v. US                                                    2

FOR THE COURT

**OCT 0 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen L. Scheidel
    Michelle Milberg, Esq.

s27